UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN S. TETZLAFF,

    Plaintiff,

Case No. 1:14-cv-872

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

**JUDGMENT**

JUDGMENT is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.


Date:  March 17, 2015

  /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District