UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN S. TETZLAFF,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

Case No. 1:14-cv-872

HONORABLE PAUL L. MALONEY

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $3,125.00.

Date:  May 15, 2015

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District